**William REED, Appellant,**

v.

**Warden Ricardo MARTINEZ, Appellee.**

No. 06–2667.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 2, 2007.

Filed: Nov. 8, 2007.

William Reed, Yankton, SD, pro se.

Michael E. Ridgway, Jan Leslie Holmgren, U.S. Attorney's Office, Sioux Falls, SD, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

William Reed appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Because the district court correctly concluded Reed did not establish that 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of his detention, we affirm. See 8th Cir. R. 47B.

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.